IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-499-FDW-DCK

| | |
|---|---|
| WILLIAM SMITH, on behalf of himself and all other similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) INFINITY HOME MORTGAGE, INC., ) and 21ST CENTURY PRO, INC., ) ) Defendant. ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Margaret Behringer Maloney on August 10, 2012, concerning Rowdy B. Meeks. Mr. Meeks seeks to appear as counsel *pro hac vice* for Plaintiffs.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Meeks is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiffs.

Signed: August 15, 2012

David C. Keesler
United States Magistrate Judge